IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
JANET L. BROWN : CASE NO. 1-16-01079-HWV
           **Debtor** : CHAPTER 13

## DEBTOR'S CONSENT TO APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

    I, Janet L. Brown, hereby agree to pay all Attorneys Fees and Expenses as set forth in the attached Application for Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses.

*Janet L Brown*

Janet L. Brown

DATE:_____