# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   JANET L BROWN                             CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant                                         CASE NO:  1-16-01079-HWV

JANET L BROWN

    Respondent(s)

## CERTIFICATION OF DEFAULT

    AND NOW on December 3, 2020, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

    As of December 3, 2020, the Debtor(s) is/are $343.39 in arrears with a plan payment having last been made on Apr 01, 2020

    In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/  Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated: December 3, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JANET L BROWN                    CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-16-01079-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 3, 2020, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

GARY J. IMBLUM, ESQUIRE      SERVED ELECTRONICALLY
4615 DERRY STREET
HARRISBURG, PA 17111-

JANET L BROWN
394 BONNERS HILL ROAD      SERVED BY 1ST CLASS MAIL
YORK SPRINGS, PA 17372

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101      SERVED ELECTRONICALLY

I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 3, 2020      Respectfully submitted,
    Liz Joyce
    for Charles J. DeHart, III, Trustee
    Suite A, 8125 Adams Dr.
    Hummelstown, PA 17036
    Phone: (717) 566-6097
    eMail: dehartstaff@pamd13trustee.com