## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                           :  

JANET L. BROWN           : **CASE NO. 1-16-01079-HWV**

          **Debtor**       : **CHAPTER 13**

                              :

**CHARLES J. DEHART, III**       :

**CHAPTER 13 TRUSTEE**          :

          **Movant**        :

                              :

      **v.**                          :

                              :

**JANET L. BROWN**           : .

          **Respondent**      :

## DEBTOR'S OBJECTION TO CERTIFICATION OF DEFAULT
## FILED BY CHARLES J. DEHART, III, CHAPTER 13 TRUSTEE

       **AND NOW,** comes Debtor, Janet L. Brown, by and through her attorney, Gary J. Imblum,

and respectfully represents as follows:

       1.       Debtor filed a Chapter 13 Bankruptcy to the above term and number on or about

March 16, 2016.

       2.       On December 3, 2020 the Chapter 13 Trustee, Charles J. DeHart, III filed a

Certification of Default indicating that Debtor is behind on her payments in the amount of $343.39.

       3.       Debtor is mailing a payment to the Trustee in the amount of $343.39 on December

7, 2020.

[Remainder of page intentionally left blank]

**WHEREFORE**, Debtor respectfully requests that this Honorable Court refrain from entering an Order dismissing Debtor's case in the above matter.

Respectfully submitted,

Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtor

DATED:  12- 7-20

## CERTIFICATION OF SERVICE

I, Carol V. Shay, Paralegal, do hereby certify that I have served a copy of the foregoing

DEBTOR'S OBJECTION TO CERTIFICATE OF DEFAULT FILED BY CHARLES J. DEHART,

III, CHAPTER 13 TRUSTEE upon the following persons by E-Service or by United States Mail,

first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:


CHARLES J DEHART III ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE

dehartstaff@pamd13trustee.com


Respectfully submitted,

*Carol V. Shay*

Carol V. Shay, Paralegal
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
For Debtor

DATED: ___12/7/2020___