UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   JANET L BROWN

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE    CASE NO: 1-16-01079-HWV
Movant

## WITHDRAWAL OF Certificate of Default

AND NOW, on January 5, 2021, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and requests that the Certificate of Default filed on or about 12.03.2020 be withdrawn. The Certificate of Default was filed in error or was incorrect as filed.

Respectfully Submitted,

 s/ Charles J. DeHart, III
Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated: January 5, 2021

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JANET L BROWN

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

JANET L BROWN

CHAPTER 13

CASE NO: 1-16-01079-HWV

Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the below parties were served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on January 5, 2021.

GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG, PA 17111-

Respectfully Submitted,

s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: January 5, 2021